IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON


WASTE MANAGEMENT, INC., et al.,
:
       Plaintiffs,
:
    vs.                         Case No. 3:00cv256
:
DANIS INDUSTRIES               JUDGE WALTER HERBERT RICE
CORPORATION, et al.,
:
       Defendants.

---

DECISION AND ENTRY SUSTAINING MOTION OF DEFENDANTS
CHARLES W. DANIS, JR., RICHARD R. DANIS, AMY L. DANIS,
JULIE M. DANIS AND JOHN S. DANIS FOR LEAVE TO CONDUCT
LIMITED DISCOVERY AS TO STEVEN M. MORGAN (DOC. #520);
RENEWED MOTION OF DEFENDANTS CHARLES W. DANIS, JR.,
RICHARD R. DANIS, AMY L. DANIS, JULIE M. DANIS AND JOHN S.
DANIS FOR SANCTIONS UNDER RULE 11 (DOC. #518) AND MOTION
OF DEFENDANTS CHARLES W. DANIS, JR., RICHARD R. DANIS,
AMY L. DANIS, JULIE M. DANIS AND JOHN S. DANIS FOR
SANCTIONS UNDER 28 U.S.C. SECTION 1927 (DOC. #519)
OVERRULED, WITHOUT PREJUDICE TO RENEWAL; PROCEDURES
SET FORTH

---

       Given that the limited discovery as to Steven M. Morgan sought by certain

Defendants is relevant to the question of whether a Motion for Sanctions, under 28

U.S.C. Section 1927, should be brought with respect to Steven M. Morgan's

involvement in the captioned cause and, further, given that said discovery may well

be informative on other issues pending before the Court, including the question of

whether sanctions under Rule 11, if imposed, should be extended to the Plaintiffs, in addition to Plaintiffs' counsel (Doc. #518), the Motion of Defendants Charles W. Danis, Jr., Richard R. Danis, Amy L. Danis, Julie M. Danis and John S. Danis, for leave to conduct limited discovery as to Steven M. Morgan (Doc. #520) is sustained. Said moving Defendants are given 90 days from the date of the filing of this Decision and Entry to conduct said limited discovery, in the manner and means, and upon the subject matter, set forth in the body of their motion.

Further, given that said limited discovery authorized herein may well result in both a Motion for Rule 11 Sanctions against Plaintiffs, in addition to their counsel, and/or a Motion for Sanctions, pursuant to 28 U.S.C. Section 1927, against Steven M. Morgan, and, further, because of the desire of this Court to have all sanctions motions before it, for review and comparison, prior to ruling thereon, the following pending motions are overruled, without prejudice to renewal, as more fully set forth below:

1. The renewed Motion of Defendants Charles W. Danis, Jr., Richard R. Danis, Amy L. Danis, Julie M. Danis and John S. Danis for sanctions under Rule 11 (Doc. #518); and

2. The Motion of Defendants Charles W. Danis, Jr., Richard R. Danis, Amy L. Danis, Julie M. Danis and John S. Danis for sanctions under 28 U.S.C. Section 1927 (Doc. #519).

Following the 90 days allowed for limited discovery from Steven M. Morgan, the moving Defendants must, within 30 days thereafter, file any additional sanctions motion(s) desired and/or renew the motions overruled without prejudice herein, by means of a filing styled "Motion to Renew Motions previously overruled without prejudice to renewal," setting forth their desire to, once again, bring said motions before the Court. Further briefing desired by Plaintiffs and/or their counsel must be accomplished within 60 days thereafter, with the moving Defendants given 30 days, following receipt of submissions by the Plaintiffs and/or their counsel, to file any reply memoranda deemed necessary.

February 26, 2010

/s/ Walter Herbert Rice
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

All Counsel of Record