IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

WASTE MANAGEMENT, INC., et al., :

        Plaintiffs, :

    vs. : Case No. 3:00cv256

DANIS INDUSTRIES : JUDGE WALTER HERBERT RICE
CORPORATION, et al.,
         :
        Defendants.

## ENTRY CONCLUDING CERTAIN MOTIONS TO BE MOOT

Pursuant to the attached June 14, 2011, letter from counsel, with copies to all other attorneys of record, the following matters have become moot and will, accordingly, not be ruled upon, to wit:

1. The Motion of the Defendants Danis seeking sanctions under 28 U.S.C. § 1927 against Steven M. Morgan (Doc. #553);

2. The Motion of the Defendants Danis for sanctions under Rule 11 against Waste Management, Inc., and Waste Management of Ohio, Inc. (Doc. #554); and

3. The Motion to Dismiss for Lack of Personal Jurisdiction (Doc. #559).

June 29, 2011

*(signature)*
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record

# ||||Ware Jackson Lee Chambers

June 14, 2011

Honorable Judge Walter Herbert Rice
Federal Building, Room 909
200 West Second Street
Dayton, OH 45402

      Re:    Cause No. 3:00-cv-00256; *Waste Management, Inc., et al. v. Danis Industries Corporation, et al.*; In the United States District Court for the Southern District of Ohio, Western Division.

Dear Judge Rice:

    I am writing this letter to inform the Court that Waste Management, Inc., Waste Management of Ohio, Inc., and Steven M. Morgan (collectively "Waste Management") have resolved their dispute with Charles W. Danis, Jr., Richard R. Danis, Amy L. Danis, Julie M. Danis, John S. Danis, Christopher J. Danis, M.D., and Danis Building Construction Company (collectively "Danises") in connection with the above referenced matter and are in the process of reducing their agreement to written terms. Accordingly, Waste Management and the Danises have agreed that it is unnecessary for Waste Management or the Danises to file any additional briefing in connection with the following pending motions:

1. Steven M. Morgan's Motion to Dismiss for Lack of Personal Jurisdiction;

2. The Danises Motion for Sanctions Under 28 U.S.C. § 1927 Against Steven M. Morgan; and

3. Danises Motion for Sanctions Under Rule 11 Against Waste Management Inc. and Waste Management of Ohio, Inc.

    The parties also request that the Court withhold ruling on the above motions with respect to Waste Management and Mr. Morgan. If for some unforeseen reason the settlement is not concluded, Waste Management will promptly advise the Court and seek leave to file replies as appropriate.

                        Very truly yours,

                        WARE, JACKSON, LEE & CHAMBERS, LLP

                        Don Jackson

DJ/ab

A Limited Liability Partnership
America Tower, 42nd Floor | 2929 Allen Parkway | Houston, Texas 77019-7101 | Tel 713-659-6400 | Fax 713-659-6262 | www.warojackson.com

Honorable Judge Walter Herbert Rice
June 14, 2011
Page 2 of 2

cc: Toby K. Henderson, Esq.
Sebaly, Shillito & Dyer
1900 Kettering Tower
40 North Main Street
Dayton, Ohio 45423

cc: Mr. Richard M. Sullivan
CONLIFFE, SANDMANN & SULLIVAN
2000 Waterfront Plaza
325 West Main Street
Louisville, Kentucky 40202